```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 12163
    ANTHONY MILES
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

          Debtor
    SSN XXX-XX-7668

--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 04/01/2005 and was confirmed 06/09/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 04/10/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------
CITY OF CHICAGO WATER DE   SECURED            564.78          .00         211.74
COOK COUNTY TREASURER      SECURED               .00          .00            .00
MORTGAGE ELECTRONIC REGI   CURRENT MORTG   20059.59           .00       20059.59
MORTGAGE ELECTRONIC REGI   MORTGAGE ARRE    4522.58           .00        1662.45
TRIAD FINANCIAL            SECURED           7000.00        626.56       5488.37
TRIAD FINANCIAL            UNSECURED         7753.56          .00            .00
AURORA LOAN SERVICES       UNSECURED         4533.32          .00            .00
CAPITAL ONE BANK           UNSECURED        NOT FILED         .00            .00
CAPITAL ONE BANK           UNSECURED        NOT FILED         .00            .00
CAPITAL ONE                NOTICE ONLY      NOT FILED         .00            .00
CAPITAL ONE BANK           UNSECURED        NOT FILED         .00            .00
CINGULAR WIRELESS          UNSECURED          279.65          .00            .00
CITIBANK                   UNSECURED        NOT FILED         .00            .00
CITY OF CHICAGO PARKING    UNSECURED          990.00          .00            .00
CITY OF CHICAGO DEPT OF    NOTICE ONLY      NOT FILED         .00            .00
COMMONWEALTH EDISON        UNSECURED        NOT FILED         .00            .00
FIRST CONSUMER NATIONAL    UNSECURED        NOT FILED         .00            .00
FLEET CREDIT CARD SERVIC   UNSECURED        NOT FILED         .00            .00
HORSESHOE CASINO HAMMOND   UNSECURED          475.00          .00            .00
MONROE & MAIN              UNSECURED          471.46          .00            .00
MARSHALL FIELDS            UNSECURED        NOT FILED         .00            .00
MCI                        UNSECURED        NOT FILED         .00            .00
MIDNIGHT VELVET            UNSECURED          131.01          .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED             .00          .00            .00
ROMANS                     UNSECURED        NOT FILED         .00            .00
ROSELAND HOSPITAL          UNSECURED        NOT FILED         .00            .00
AT & T BANKRUPCTY          UNSECURED          428.89          .00            .00
SEARS ROEBUCK & CO         UNSECURED        NOT FILED         .00            .00
SEVENTH AVENUE             UNSECURED          146.23          .00            .00
MELVIN J KAPLAN            DEBTOR ATTY      2,700.00                     2,700.00
TOM VAUGHN                 TRUSTEE                                       1,663.79
DEBTOR REFUND              REFUND                                             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 12163 ANTHONY MILES
```

```
        Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                   32,412.50

PRIORITY                                              .00
SECURED                                         27,422.15
    INTEREST                                       626.56
UNSECURED                                             .00
ADMINISTRATIVE                                   2,700.00
TRUSTEE COMPENSATION                             1,663.79
DEBTOR REFUND                                         .00
                        ---------------    ---------------
TOTALS                    32,412.50             32,412.50
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


     Dated: 07/24/08                    /s/ Tom Vaughn
                                        _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE


                              PAGE   2
          CASE NO. 05 B 12163 ANTHONY MILES